UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
CHARLES SAMUEL LEE JR
JANNIE MAE LEE
4681 CHAPEL RIDGE DR.
GREENSBORO, NC 27405

CASE NO. 20-10452
JUDGE BENJAMIN A. KAHN

DEBTORS

SSN(1) XXX-XX-5680 SSN(2) XXX-XX-2530

DATE: 01/21/2021

REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ALPHA HEART CENTER<br>3132 A BATTLEGROUND AVE<br>GREENSBORO, NC 27408 | $0.00<br>INT: .00%<br>NAME ID: 182268<br>CLAIM #: 0015 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| ANESTHESIOLOGY CONSULTANTS OF NC<br>2102 N ELM ST STE H-1<br>GREENSBORO, NC 27408 | $0.00<br>INT: .00%<br>NAME ID: 175258<br>CLAIM #: 0016 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CASTLE CREDIT CO HOLDINGS LLC<br>20 N WACKER DR #2275<br>CHICAGO, IL 60606 | $5,111.93<br>INT: .00%<br>NAME ID: 176102<br>CLAIM #: 0008 | (U) UNSECURED<br><br>ACCT: 0929<br>COMMENT: |
| CHAPEL RIDGE HOA<br>% PRIESTLY MGMT<br>1842 BANKING ST<br>GREENSBORO, NC 27408 | MONTHLY PMT $32.00<br>INT: .00%<br>NAME ID: 153203<br>CLAIM #: 0011 | (X) SPECIAL-UNSECURED<br><br>ACCT: 1011<br>COMMENT: ASDU,CTD,EFF SEPT20 |
| CHAPEL RIDGE HOA<br>% PRIESTLY MGMT<br>1842 BANKING ST<br>GREENSBORO, NC 27408 | $96.00<br>INT: .00%<br>NAME ID: 153203<br>CLAIM #: 0012 | (X) SPECIAL-UNSECURED<br><br>ACCT: 1011<br>COMMENT: ARR,JUN THRU AUG20 |
| CHAPEL RIDGE HOA<br>% PRIESTLY MGMT<br>1842 BANKING ST<br>GREENSBORO, NC 27408 | $240.40<br>INT: .00%<br>NAME ID: 153203<br>CLAIM #: 0013 | (U) UNSECURED<br><br>ACCT: 1011<br>COMMENT: ARR THRU MAY20 |
| CONE HEALTH<br>1200 N ELM ST<br>GREENSBORO, NC 27401 | $0.00<br>INT: .00%<br>NAME ID: 137686<br>CLAIM #: 0017 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CONE HEALTH<br>1200 N ELM ST<br>GREENSBORO, NC 27401 | $0.00<br>INT: .00%<br>NAME ID: 137686<br>CLAIM #: 0021 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| DATAMAX<br>711 COLISEUM PLAZA CT<br>WINSTON SALEM, NC 27106 | $0.00<br>INT: .00%<br>NAME ID: 177817<br>CLAIM #: 0018 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| DAYSPRING FAMILY MEDICINE<br>250 W KINGS HWY<br>EDEN, NC 27288 | $0.00<br>INT: .00%<br>NAME ID: 24545<br>CLAIM #: 0019 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| GUILFORD CO REGISTER OF DEEDS<br>P O BOX 3427<br>GREENSBORO, NC 27402 | $52.00<br>INT: .00%<br>NAME ID: 1159<br>CLAIM #: 0034 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| GUILFORD CO TAX DEPT<br>P O BOX 3328<br>GREENSBORO, NC 27402 | $0.00<br>INT: .00%<br>NAME ID: 10590<br>CLAIM #: 0001 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: OC |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA 19101-7346 | $0.00<br>INT: .00%<br>NAME ID: 123770<br>CLAIM #: 0002 | (P) PRIORITY<br>NOT FILED<br>ACCT: 5680<br>COMMENT: OC |
| J L WALSTON & ASSOCIATES<br>1530 N GREGSON ST<br>DURHAM, NC 27701-1164 | $0.00<br>INT: .00%<br>NAME ID: 13284<br>CLAIM #: 0020 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| MASSAGE ENVY<br>14350 N 87TH ST STE 200<br>SCOTTSDALE, AZ 85260 | $0.00<br>INT: .00%<br>NAME ID: 162023<br>CLAIM #: 0030 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| MONTEREY FINANCIAL SERVICES INC<br>ATTN OFFICER<br>4095 AVENIDA DE LA PLATA<br>OCEANSIDE, CA 92056 | $0.00<br>INT: .00%<br>NAME ID: 172998<br>CLAIM #: 0009 | (S) SECURED<br>NOT FILED<br>ACCT:<br>COMMENT: OC |
| MURPHY WAINER ORTHOPEDIC<br>SPECIALIST<br>1130 N CHURCH ST<br>GREENSBORO, NC 27401 | $0.00<br>INT: .00%<br>NAME ID: 125332<br>CLAIM #: 0022 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC 27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0003 | (P) PRIORITY<br>NOT FILED<br>ACCT: 5680<br>COMMENT: OC |
| OPTIMUM OUTCOMES INC<br>P O BOX 58015<br>RALEIGH, NC 27658 | $0.00<br>INT: .00%<br>NAME ID: 156530<br>CLAIM #: 0023 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| PLANET FITNESS<br>2226 GOLDEN GATE DR<br>GREENSBORO, NC 27405 | $0.00<br>INT: .00%<br>NAME ID: 182269<br>CLAIM #: 0014 | (X) SPECIAL-UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: OC |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| QUEST DIAGNOSTICS<br>P O BOX 740777<br>CINCINNATI, OH 45274 | $0.00<br>INT: .00%<br>NAME ID: 112685<br>CLAIM #: 0024 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| SOUTHEASTERN ORTHO SPECIALISTS<br>PATIENT BILL PROCESSING CENTER<br>P O BOX 26001<br>MIAMI, FL 33102 | $0.00<br>INT: .00%<br>NAME ID: 181690<br>CLAIM #: 0025 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| STATE EMPLOYEES CREDIT UNION<br>P O BOX 25279<br>RALEIGH, NC 27611 | MONTHLY PMT $931.00<br>INT: .00%<br>NAME ID: 53815<br>CLAIM #: 0004 | (H) ONGOING-SECURED<br><br>ACCT: 6490<br>COMMENT: DT,RE RP,CTD,EFF SEPT20 |
| STATE EMPLOYEES CREDIT UNION<br>P O BOX 25279<br>RALEIGH, NC 27611 | $2,793.00<br>INT: .00%<br>NAME ID: 53815<br>CLAIM #: 0005 | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT: 6490<br>COMMENT: ARR,JUN THRU AUG20 |
| STATE EMPLOYEES CREDIT UNION<br>P O BOX 25279<br>RALEIGH, NC 27611 | $7,710.30<br>INT: .00%<br>NAME ID: 53815<br>CLAIM #: 0006 | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT: 6490<br>COMMENT: ARR THRU MAY20 |
| STATE EMPLOYEES CREDIT UNION<br>P O BOX 25279<br>RALEIGH, NC 27611 | $10,283.95<br>INT: 5.25%<br>NAME ID: 53815<br>CLAIM #: 0007 | (V) VEHICLE-SECURED<br><br>ACCT: 4003<br>COMMENT: 12TOYO |
| STATE EMPLOYEES CREDIT UNION<br>ATTN MANAGING OFFICER/AGENT<br>119 N SALISBURY ST<br>RALEIGH, NC 27603 | $0.00<br>INT: .00%<br>NAME ID: 173705<br>CLAIM #: 0010 | (S) SECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| STATE EMPLOYEES CREDIT UNION<br>P O BOX 25279<br>RALEIGH, NC 27611 | $5,964.70<br>INT: .00%<br>NAME ID: 53815<br>CLAIM #: 0026 | (U) UNSECURED<br><br>ACCT: 4093<br>COMMENT: |
| STATE EMPLOYEES CREDIT UNION<br>P O BOX 25279<br>RALEIGH, NC 27611 | $233.55<br>INT: 5.25%<br>NAME ID: 53815<br>CLAIM #: 0027 | (V) VEHICLE-SECURED<br><br>ACCT: 4052<br>COMMENT: 12TOYO,CROSS-COLL |
| STATE EMPLOYEES CREDIT UNION<br>P O BOX 25279<br>RALEIGH, NC 27611 | $15,005.98<br>INT: .00%<br>NAME ID: 53815<br>CLAIM #: 0033 | (U) UNSECURED<br><br>ACCT: 4052<br>COMMENT: SPLIT |
| VERIZON<br>P O BOX 408<br>NEWARK, NJ 07101-0408 | $0.00<br>INT: .00%<br>NAME ID: 170278<br>CLAIM #: 0031 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| VIVINT SMART HOME SECURITY<br>4931 N 300 WEST<br>PROVO, UT 84604 | $0.00<br>INT: .00%<br>NAME ID: 178578<br>CLAIM #: 0032 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| WAKE FOREST BAPTIST HEALTH<br>1 MEDICAL CENTER BLVD<br>WINSTON SALEM, NC 27157 | $0.00<br>INT: .00%<br>NAME ID: 155374<br>CLAIM #: 0028 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| WOMENS HOSPITAL<br>801 GREEN VALLEY RD<br>GREENSBORO, NC 27407 | $0.00<br>INT: .00%<br>NAME ID: 176210<br>CLAIM #: 0029 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| **TOTAL:** | **$48,454.81** | |
| JOHN T ORCUTT ESQ<br>6616-203 SIX FORKS ROAD<br>RALEIGH, NC 27615 | $4,500.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER,
TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC 27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office. The claims are allowed unless objection is made by the Debtors or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

Clerk, U.S. Bankruptcy Court
101 S. Edgeworth Street
P.O. Box 26100
Greensboro, NC 27420-6100

If an objection is filed, a hearing will be scheduled before the Court. The Trustee will continue making disbursements on the claims unless an objection is filed.

Date: 01/21/2021

OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/ Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC 27402-1720

cc: Debtors
Attorney for Debtors - Electronic Notice